Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
07/30/2024
CT Log Number 546992091

## Service of Process Transmittal Summary

**TO:** KIM LUNDY- EMAIL
Walmart Inc.
GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200
BENTONVILLE, AR 72712-3148

**RE:** **Process Served in Texas**

**FOR:** WALMART INC. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: FIELDS CARRINGTON // To: WALMART INC. |
| **DOCUMENT(S) SERVED:** | Notice, Petition, Certificate |
| **COURT/AGENCY:** | Chambers County District Court, TX<br>Case # 24DCV0574 |
| **NATURE OF ACTION:** | Employee Litigation - Personal Injury - 01/30/2023 |
| **PROCESS SERVED ON:** | C T Corporation System, Dallas, TX |
| **DATE/METHOD OF SERVICE:** | By Process Server on 07/30/2024 at 14:31 |
| **JURISDICTION SERVED:** | Texas |
| **APPEARANCE OR ANSWER DUE:** | By 10:00 a.m. on the Monday next following the expiration of 20 days after service |
| **ATTORNEY(S)/SENDER(S):** | Rochelle Guiton<br>ATTORNEY BRIAN WHITE & ASSOCIATES, P.C.<br>3120 Southwest Freeway, Suite 350<br>Houston, TX 77098<br>713-500-5000 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/31/2024, Expected Purge Date: 08/10/2024<br><br>Image SOP<br><br>Email Notification, Grymarys De Jesus grymarys.dejesus@walmart.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the

WZHIBIT A

included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:** Tue, Jul 30, 2024
**Server Name:** Tracy Edwards

| | |
|---|---|
| Entity Served | WALMART INC |
| Case Number | 24DCV0574 |
| Jurisdiction | TX |

| Inserts | | |
|---|---|---|
| | | |

# THE STATE OF TEXAS

TO: **Walmart Inc.** may be served with process with process through its registered agent of service, CT Corporation System, at 1999 Bryan Street, Ste. 900, Dallas, Texas 75201-3136, or wherever Defendant may be found.

**NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org."**

Said answer may be filed by mailing same to: District Clerk's Office, P. O. Drawer NN, Anahuac, Texas 77514, or by bringing it to the office. Our street address is 2128 SH 61, Anahuac, Texas 77514. The case is presently pending before the **344th District Court** of Chambers County sitting in Anahuac, Texas, and was filed on July 26, 2024, bearing cause number **24DCV0574**, and styled:

**Carrington Fields vs. Walmart Inc.**

The name and address of the Attorney for Plaintiff is: Rochelle Guiton, 3120 Southwest Freeway, Suite350, Houston, TX 77098.

The nature of the demands of said Plaintiff is shown by a true and correct copy of Plaintiff's Original Petition with Jury Demand accompanying this citation and made part hereof, filed on July 26, 2024.

Issued under my hand and the seal of said court at Anahuac, Texas on this the 29th day of July, 2024.

PATTI L. HENRY, DISTRICT CLERK
CHAMBERS COUNTY, TEXAS

BY______________________________
Beatriz Hightower, Deputy

OFFICER'S RETURN

Came to hand on the ______ day of _______________, 20___, at ____o'clock ___.M.
Executed at _______________________________________________, within the County of _____________________,
at ______o'clock ___.M. On the ________ day of ________________, 20___, by delivering to the within named
_____________________________________________________________________________________________
each, in person, a true copy of this citation together with the accompanying copy of the motion, having first attached such copy of citation and endorsed on such copy of citation the date of delivery.
Total fee for serving this citation $___________

**To certify which witness by hand officially.**

_________________________________
Constable of ________________ County, Texas

By______________________________ Deputy

Filed
7/26/2024 4:07 PM
Patti L. Henry
District Clerk
Chambers County, Texas
By: ______________ Deputy

CAUSE NO. 24DCV0574

| | | |
|---|---|---|
| CARRINGTON FIELDS<br>*Plaintiff,* | § | IN THE DISTRICT COURT OF |
| VS. | § | CHAMBERS COUNTY, TEXAS |
| WALMART INC.,<br>*Defendant.* | § | 344th JUDICIAL DISTRICT |

**PLAINTIFF'S ORIGINAL PETITION**
**WITH JURY DEMAND**

TO THE HONORABLE COURT:

NOW COMES Carrington Fields, Plaintiff, (hereinafter "Plaintiff") in the above entitled and numbered cause, complaining of and against Walmart Inc., Defendant, (hereinafter "Defendant"), and for cause of action would respectfully show unto the Court and Jury the following:

## I.
## DISCOVERY CONTROL PLAN

1.0 Pursuant to Rule 190.4 of the Texas Rules of Civil Procedure, Plaintiff requests a Level 3 discovery plan.

## II.
## PARTIES

2.0 Carrington Fields is an individual residing in Fort Bend County, Fresno, Texas.

2.1 Defendant, Walmart Inc., is a foreign for-profit corporation and can be served with process through its registered agent of service, C T Corporation System, at 1999 Bryan Street, Ste. 900 Dallas, Texas 75201-3136, or wherever it may be found.

## III.
## JURISDICTION AND VENUE

3.0 Venue is proper in Chambers County, Texas, pursuant to Tex. Civ. Prac. & Rem. Code §15.001 *et seq*. because all or a substantial part of the events or omissions giving rise to the claims arose in Chambers County, Texas. This Court has jurisdiction over the parties and subject matter hereof. The amount in controversy exceeds the minimum jurisdictional limits of this Court.

## IV.
## FACTS

4.0 On or about January 30, 2023, Plaintiff was injured while working in the course and scope of his employment with Defendant at 4554 Oscar Nelson Jr Drive, Baytown, 77523 (hereinafter sometimes referred to as the "Premises"). On that date Plaintiff suffered serious bodily injuries

4.1 After beginning work at the Premises, Plaintiff headed to the CR Machine to pertain to his duties as an employee. Plaintiff was getting off the CR Machine when he slipped and fell on a slippery substance. Plaintiff slipped and fell on his back and arm. There were no warning signs near the substance. Prior to getting off the CR Machine, Plaintiff was not warned by any of Defendant's agents or his employer that the floor near the CR Machine area was slippery. Plaintiff suffered serious bodily injuries to his back and arm as a result of the fall.

4.2 Defendant's negligence was the proximate cause of Plaintiff's injuries and damages.

## V.
## NON SUBSCRIBER CLAIMS

5.0 Plaintiff alleges that the negligence of Defendant Walmart proximately caused the injuries for which he now seeks relief. Specifically, Defendant Walmart's failed to provide Plaintiff with a reasonably safe workplace, sufficient personnel to perform the work safely, and adequate and safe equipment.

5.1 Additionally, Plaintiff alleges that Defendant Walmart was a "non-subscriber" and provided no Worker's Compensation coverage to employees, such as the Plaintiff, at the time of the negligence in question, and therefore invokes all protections available under Texas law.

## VI.
## DAMAGES

6.0 Plaintiff suffered, and seeks compensation for, the following types of damages:

a. The physical pain and disability sustained by Plaintiff from date of injury to the time of trial;

b. Future physical pain and disability reasonably anticipated to be sustained by Plaintiff in the future;

c. Mental anguish and suffering sustained by Plaintiff from date of injury to time of trial;

d. Mental anguish and suffering which is reasonably anticipated to be suffered by Plaintiff in the future;

e. Loss of earnings sustained by Plaintiff from date of injury to time of trial;

f. Loss of earnings and earning capacity reasonably anticipated to be suffered by Plaintiff in the future;

g. Reasonable and necessary medical expenses incurred by Plaintiff in the treatment of Plaintiff's injuries from date of injury to time of trial;

h. Reasonable and necessary medical expenses reasonably anticipated to be sustained by Plaintiffs in the future for treatment of Plaintiff's injuries;

i. Past and future physical disfigurement; and

j. Past and future physical impairment.

6.1 As such, Plaintiff affirmatively pleads that they seek monetary compensation in the amounts provided for by Rule 47(c)(3), Texas Rules of Civil Procedure (2021).

## VII.
## REQUEST FOR JURY TRIAL

7.0 Plaintiff requests a jury trial.

## VIII.
## MISNOMER/ALTER EGO/TRADE NAME

8.0 In the event any parties are misnamed or are not included herein, it is Plaintiff's contention that such was a "misidentification", "misnomer" and/or such parties are/were "alter egos" of parties named herein. Alternatively, Plaintiff contends that such "corporate veils" should be pierced to hold such parties properly included in the interest of justice.

8.1 To the extent that either Defendant is conducting business pursuant to a trade name or assumed name, then suit is brought against Defendant, and Plaintiff demands that, upon answer to this petition, that Defendant answers in its correct legal and assumed name.

## IX.
## CLAIM FOR PRE-JUDGMENT AND POST-JUDGMENT INTEREST

9.0 Plaintiff herein claims interest in accordance with Texas Finance Code §304.001 et seq. and any other applicable law.

## X.
## ALTERNATIVE PARAGRAPH NO. 1

10.0 In the alternative, if it is shown that Plaintiff, prior to the occurrence, had pre-existing medical, physical and/or psychological conditions, he has sustained aggravation of such pre-existing medical, physical and/or psychological conditions. More particularly, if the evidence demonstrates that, prior to the occurrence in question, Plaintiff had pre-existing conditions, such conditions at the time of the occurrence were latent, controlled and/or non-debilitating. The occurrence and conduct of Defendant has activated, aggravated, and/or accelerated such conditions. Further, as a consequence of Plaintiff's injuries caused by Defendant, Plaintiff has been made more vulnerable and pre-disposed to subsequent further injury, aggravation of the injuries resulting from the occurrence in question, and to the effects of subsequent stressors. He also has sustained additional

mental anguish because of this increased vulnerability, which in reasonable probability he will experience for the remainder of her life.

## XI.
## ALTERNATIVE PARAGRAPH NO. 2

11.0 In the alternative, Plaintiff would show that if they suffer from any subsequent injury and/or condition, then such injury and/or condition was aggravated and/or exacerbated by the negligence of the Defendant herein.

## XII.
## REQUIRED DISCLOSURE

12.0 Pursuant to Texas Rule of Civil Procedure 194(a), Defendant is required to disclose, within thirty (30) days of the filing of the first answer, the information or material described in Rule 194.2(b)1-12. Any Defendant that is served or otherwise joined after the filing of the first answer must make their initial disclosures within thirty (30) days after being served or joined.

## XIII.
## NOTICE THAT DOCUMENTS WILL BE USED

13.0 Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Plaintiff hereby gives notice that all documents produced by the Defendant will be used at any pretrial proceeding or at the trial of this case.

## XIV.
## PRAYER

14.0 WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the Defendant be cited to appear and answer herein, and that upon final trial hereof, Plaintiff recover from said Defendant, costs of Court, pre-judgment and post-judgment interest at the legal rate, and for any and all further relief, both general and special, legal and equitable to which Plaintiff may be justly entitled.

Respectfully submitted,

**ATTORNEY BRIAN WHITE & ASSOCIATES, P.C.**

*/s/ Rochelle Guiton*

Rochelle Guiton
Texas Bar No. 24069838
rochelle@attorneybrianwhite.com
3120 Southwest Freeway, Suite 350
Houston, Texas 77098
(713) 500-5000 - Telephone
(713) 500-5555 – Facsimile
E-Service:
litigation@attorneybrianwhite.com

**ATTORNEY FOR PLAINTIFF**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Brian White on behalf of Rochelle Lynette Guiton
Bar No. 24069838
litigation@attorneybrianwhite.com
Envelope ID: 90248670
Filing Code Description: Petition
Filing Description: Plaintiff's Original Petition with Jury Demand
Status as of 7/29/2024 8:21 AM CST

Associated Case Party: Carrington Fields

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Rochelle Guiton | | rochelle@attorneybrianwhite.com | 7/26/2024 4:07:03 PM | SENT |
| Felipe Navarro | | felipen@attorneybrianwhite.com | 7/26/2024 4:07:03 PM | SENT |
| Brian E.White | | litigation@attorneybrianwhite.com | 7/26/2024 4:07:03 PM | SENT |